

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | : | Civil Action No.      MDL-875 |
| LIABILITY LITIGATION (NO. VI) | : | |

---

### This Document Relates to:

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANK BONA | : | |
| | : | |
| v. | : | Civil Action No.      89-01996 |
| | : | |
| JOHN CRANE-HOUDAILLE, *et al.* | : | |

---

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

JUL 1 2 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| FRANK BONA | : | |
| | : | |
| v. | : | Civil Action No.      61925 |
| | : | |
| JOHN CRANE-HOUDAILLE, *et al.* | : | |

---

### MOTION FOR PARTIAL DISMISSAL AND ORDER

Now comes the Plaintiff in the above-captioned action and hereby moves this Honorable Court to dismiss, without payment, all claims against Defendant John Crane, Inc., only.

SUBMITTED BY:

/s/ Andrew M. Cantor
Andrew M. Cantor (Fed. Bar #28347)
Law Offices of Peter G. Angelos, P.C.
One Charles Center - 22nd Floor
100 North Charles Street
Baltimore, MD  21201
410-649-2000

SO ORDERED:

J. Eduardo Robreno
(7 /1 /19)

